**Dismissed and Memorandum Opinion filed May 12, 2015.**



In The

# Fourteenth Court of Appeals

---

NO. 14-15-00368-CV

---

**D. FRED MARTINEZ, Appellant**

V.

**RABA-KISTNER INFRASTRUCTURE, INC., RABA-KISTNER CONSULTANTS, INC., BRYTEST LABORATORIES, INC., RABA-KISTNER-ANDERSON CONSULTANTS, INC., AND LONE STAR INFRASTRUCTURE JOINT VENTURE, Appellee**

---

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2013-38334**

---

## M E M O R A N D U M    O P I N I O N

This appeal is from a judgment signed January 23, 2015. The appeal was assigned to the First Court of Appeals; however, the Harris County District Clerk subsequently, and erroneously, assigned this cause to this court. By letter dated, April 30, 2015, the Harris County District Clerk advised this court of its error.

Because this cause was erroneously assigned to this court, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.